COURT OF APPEALS

ABLE ACOSTA, CLERK

P.O. BOX 12308 CAPITOL STATION

AUSTIN, TEXAS 78711

DATE

8-9-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 1 1 2015

Abel Acosta, Clerk

RE: CAUSE No.tr.ct.no.6011

STYLE: NEW EVIDENCE

DEAR MR.ACOSTA,

My name is BOBBY OXFORD SR,TDCJ no. 1656735,BOYD UNIT,200 spur 113,TEAGUE, TEXAS 75860.

I have resently filed a motion to RECONSIDER and a brief with some NEW EVIDENCE.

I have just recieved more NEW EVIDENCE about the attorney that I had,JOHN S.YOUNG. I am enclosing this as NEW EVIDENCE.

Ishould tell you that I had filed with the STATE COMMISSION,ORGANIZED CRIMINAL ACTIVITY against the JUDGE BEN WOODWARD,ATTORNEY JOHN S. YOUNG, PROSECUTOR GEORGE McCREA and CITY OFFICIALS.

The state Commission has taken this case. The case no. is CJC.No. 15-0958-DI. I did send them some of the evidence.

As you will see JOHN YOUNG is/ was capeable of perjury and forgary. I do believe this is more proof that MR.YOUNG was only doing cases for money and NOT looking out for his clients wellbeing. see GREEN V. STATE 667 sw 2d 528 (tex.crim.app.1984)"assistance of counsel" means rendering the effective assistance by an attorney who is concerned over the welfare of his client and NOT JUST HIS POCKETBOOK. U.S.C.A. CONST. AMEND. 5,6.

This is NEW EVIDENCE that was sent to me 8-6-15...

"By CHELSEA REINHARD / march 26,2015 5:00 pm a SAN ANGELO bail bondsman and a HIGH-POWER defense attorney have both been indicted on multiple felonies that center on the WILL of an alleged pedophile that died of natural causes last year.

YOUNG,SULLIVAN"S defense attorney in a pending case against the deceased for child pornography and online solicitation of a minor, has also been indicted as a CO-DEFENDANT in the case. He has been charged with one count of FORGERY,one count of THEFT OF PROPERTY GREATER THAN OR EQUAL TO $ 200.000, one count of AGGRAVATED PERJURY, and FIRST-DEGREE MISAPPLICATION BY A FIDUCIARY. The aggregate sum of money on Sullivan's domestic bank accounts, as reported by YOUNG, is $ 4,442,022.48. Sullivan had well over $ 1 million in real estate as well, and several bank accounts overseas with over $ 200.000 in total.

The case against ZAPATA and YOUNG is being prosecuted by CLIFF HERBURG of the ATTORNEY GENERAL's office."

I do believe that this is a positive show that MR.YOUNG will go to the extream to do what ever he wishes.

Will you please take this into consideration,being I have put in everything I have filed that JOHN YOUNG was involved in perjury and organized criminal activity?

THANK YOU FOR YOUR TIME AND PROMT CONFERMATION THAT YOU HAVE PRESENTED MY MOTION FOR RECONSIDERATION,BRIEF AND THIS NEW EVIDENCE.

CERTIFICATE OF SERVICE

I hereby have sent this enstrament by U.S.mail postage paid to the above on this 9th day of AUGUST,2015.

SINCERLY

*Bob Oxford Sr*

BOBBY OXFORD SR.

TDCJ no.1656735

BOYD UNIT

200 spur 113

TEAGUE,TEXAS 75860

DEFENDANT EX PARTE